# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 31, 2025

### NO. 03-24-00712-CR

**Teresa Harmon, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order entered by the trial court on October 28, 2024, denying Theresa Harmon's application for writ of habeas corpus. Teresa Harmon has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Teresa Harmon to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.